UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

U.S.
v.
Gabriel Dragos Toader, et al.

Case

07 CR 862

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Constantin Palanceanu

| SIGNATURE | s/ John T. Kennedy |
|---|---|
| FIRM | Law Office of John T. Kennedy |
| STREET ADDRESS | 820 Davis Street, Suite 520 |
| CITY/STATE/ZIP | Evanston, Illinois 60201 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 3124541 | TELEPHONE NUMBER (847) 425-1115 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X]  NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ]  NO [X] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [X]  NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [X]  NO [ ] |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL [ ]   APPOINTED COUNSEL [X] | |

FILED
AUG 28 2008
JUDGE MATTHEW F. KENNELLY
UNITED STATES DISTRICT COURT